UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE LONG, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | NO. 2:17-cv-00072 |
| JASON MORGAN, | ) | |
| Defendant. | ) | |
| | | |
| MICHAEL JOBES, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | NO. 2:17-cv-00073 |
| JASON MORGAN, | ) | |
| Defendant. | ) | |
| | | |
| CRYSTAL MADEWELL PAIGE, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | NO. 2:17-cv-00074 |
| JASON MORGAN, | ) | |
| Defendant. | ) | |

## **ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, Plaintiffs' First Amended Motions for Entry of Default Judgment against Defendant Jason Morgan are **GRANTED**. (Doc. No. 47, 2:17-cv-00072; Doc. No. 49, 2:17-cv-00073; Doc. No. 62, 2:17-cv-

00074). Plaintiffs are awarded a total of $563,044.00 in unpaid wages and liquidated damages under the FLSA, and $21,919.02 in attorney's fees and expenses.

The Clerk shall enter a final judgment in the three above-captioned cases pursuant to Federal Rule of Civil Procedure 58 and close these files.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE